UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH HUNT,

    Plaintiff,

v.

Case No. 2:25-cv-846-KCD-DNF

ANGEL HERRERA, DEPUTY RICHARD PERKOWSKI, JUDGE DEBORAH COTTINGHAM, CLERK CRYSTAL K. KINZEL, DEPUTY CLERK ELLEN GILBERT, ASST. STATE ATTORNEY SABSINA KARIMI, ASSISTANT STATE ATTORNEY; ASST. STATE ATTORNEY KAITLYN A. KLEIN, ASSISTANT STATE ATTORNEY; STATE ATTORNEY AMIRA D. FOX, STATE ATTORNEY; COLLIER COUNTY SHERIFF'S OFFICE, COLLIER COUNTY CLERK OF COURTS OFFICE, OFFICE OF STATE ATTORNEY, 20TH JUDICIAL CIRCUIT, OFFICE OF THE COUNTY ATTORNEY, DOE 1-10,

    Defendants.
_____/

## **ORDER**

Plaintiff has not filed proof of service of the summons and complaint. *See* Local Rule 1.10(a). Under the Civil Action Order (Doc. 4), if a defendant remains unserved after 112 days from filing the complaint, and the party

responsible for effecting timely service does not show cause why the unserved parties should not be dismissed for lack of service, the case is subject to dismissal without further notice. Plaintiff has done none of what is required.

Accordingly, the Court **dismisses this case without prejudice** for failure to timely serve defendants. (*See* Local Rule 1.10(d); Doc. 4). The Clerk is **DIRECTED** to deny all pending motions as moot, terminate all deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on January 16, 2026.

*[signature]*

Kyle C. Dudek
United States District Judge